IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MUSA ABDUL-KHALIQ                                                                                    PLAINTIFF

v.                                         CIVIL NO. 2:24-cv-02008-MEF

MARTIN O'MALLEY, Commissioner
Social Security Administration                                                                     DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Order of Dismissal, the clerk is ordered to dismiss the Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this the 6th day of March 2024.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE